### LEWIS *v.* McWHORTER.

BECK, P. J. Under application of the rulings made in the case of *Johnson* v. *Arnold*, ante, the court erred in sustaining the demurrer to the information in the nature of a quo warranto in this case.

*Judgment reversed. All the Justices concur.*

No. 9545. APRIL 14, 1932. REHEARING DENIED MAY 12, 1933.

*Camp, Savage & Crawford,* for plaintiff.
*H. A. Allen* and *Quincy O. Arnold,* for defendant.